# EXHIBIT A

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| BRENT DAVIS, ) | LAW NO. LACE 126053 |
| Plaintiff, ) | |
| ) | |
| CONCENTRA HEALTH SERVICES, INC., ) | |
| OCCUPATIONAL HEALTH CENTERS OF ) | |
| THE SOUTHWEST, P.A., INC., d/b/a ) | |
| CONCENTRA, CONCENTRA MEDICAL ) | **ORIGINAL NOTICE** |
| CENTERS, CONCENTRA MEDICAL ) | |
| CENTERS, P.C., and KATHRYN A. ) | |
| SIEVERS, PTA, ) | |
| ) | |
| Defendants. ) | |

*RECEIVED 2015 MAY -7 AM 9:17 POLK COUNTY, IA SHERIFF'S OFFICE*

TO THE ABOVE NAMED DEFENDANTS:

You are hereby notified that a petition has been filed in the office of the clerk of this court naming you as a defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff is William J. Bribriesco of WILLIAM J. BRIBRIESCO & ASSOCIATES, whose address is 2407 18th Street, Suite 200, Bettendorf, Iowa 52722. The attorney's phone number is 563-359-8266; facsimile number 563-359-5010.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion with the Clerk of Court for Scott County, at the county courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

You are further notified that this case has been filed in a county that utilizes electronic filing. You are directed to Iowa Court Rules Chapter 16 for general rules and information on electronic filing, and to the rules in Chapter 16, division VI regarding the protection of personal information court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 326-8607. (If you are hearing impaired, call Relay Iowa at 1-800-735-2942).

CLERK OF COURT, Scott County Courthouse
Davenport, Iowa

**IMPORTANT**

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

## STATE OF IOWA JUDICIARY

Case No. LACE126053
County Scott

Case Title DAVIS, BRENT VS CONCENTRA HEALTH SERVICES ET AL

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(563) 328-4145** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 04/24/2015 10:54:54 AM



District Clerk of Scott        County
/s/ Gaby Raya

RECEIVED 2015 MAY -7 AM 9:17 POLK COUNTY, IA SHERIFF'S OFFICE

E-FILED 2015 FEB 10 9:51 PM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| BRENT DAVIS, ) | LAW NO. LACE 126053 |
| Plaintiff, ) | |
| ) | |
| CONCENTRA HEALTH SERVICES, INC., ) | |
| OCCUPATIONAL HEALTH CENTERS OF ) | |
| THE SOUTHWEST, P.A., INC., d/b/a ) | |
| CONCENTRA, CONCENTRA MEDICAL ) | PETITION AT LAW AND |
| CENTERS, CONCENTRA MEDICAL ) | JURY DEMAND |
| CENTERS, P.C., and KATHRYN A. ) | |
| SIEVERS, PTA, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Plaintiff, Brent Davis, by and through his attorneys, William J. Bribriesco and Anthony J. Bribriesco, of William J. Bribriesco & Associates, and in support of his Petition against the Defendants, Concentra Health Services, Inc., Occupational Health Centers of The Southwest, P.A., Inc., d/b/a Concentra, Concentra Medical Centers, Concentra Medical Centers, P.C., and Kathryn A. Sievers, PTA, states as follows:

## PARTIES, VENUE & JURISDICTION

1. At all times material hereto, Plaintiff, Brent Davis, was a resident of Illinois.

2. At all times material hereto, Defendant Concentra Health Services, Inc., was an Iowa Corporation, with its principal place of business located in Davenport, Iowa.

3. At all times material hereto, Defendant Occupational Health Centers of The Southwest, P.A., Inc., was a Texas Corporation, doing business in Iowa.

4. At all times material hereto, Defendants (hereinafter "Concentra") operated licensed physical therapy centers, including Concentra Medical Centers located in Davenport, Iowa.

5. At all times material hereto, Defendant Kathryn A. Sievers, PTA, was a resident of Scott County, Iowa.

E-FILED 2015 FEB 10 9:51 PM SCOTT - CLERK OF DISTRICT COURT

6. That venue and subject matter jurisdiction is proper as the events complained of herein by Plaintiff, occurred at Concentra, located in Davenport, Iowa.

7. The amount in controversy exceeds this Court's jurisdictional requirement.

## BACKGROUND AND FACTS

8. At all times material hereto, Defendant Concentra has been providing physical therapy services at 3540 E. 46th Street, Davenport, Iowa.

9. On or about September 9, 2012, Plaintiff sustained a left shoulder injury at his place of employment, John Deere Harvester.

10. On October 10, 2012, Plaintiff underwent a rotator cuff repair, SLAP debridement and tenodesis performed by Dr. Hoffman.

11. On January 9, 2013, Plaintiff presented to Concentra for physical therapy services.

12. On or about February 11, 2013, Plaintiff was directed by Defendant, Kathryn A. Sievers, PTA, to use the "rowing machine," although known by Concentra to be defective and dangerous.

13. On or about February 11, 2013, while utilizing the rowing machine, Plaintiff was permanently injured after a clip on the rowing machine flew across the room, causing all of Plaintiff's weight to come back at him, re-injuring his left shoulder.

## COUNT I - NEGLIGENCE

14. On or about February 11, 2013, Plaintiff Brent Davis reinjured his left shoulder while under the care and supervision of Concentra Medical Center.

15. Defendants were negligent, although not limited, in the following particulars:

    a. Failing to exercise a degree of skill, care, and learning ordinarily possessed and exercised by a physical rehabilitation center in similar circumstances;

E-FILED 2015 FEB 10 9:51 PM SCOTT - CLERK OF DISTRICT COURT

      b.      Failing to exercise a degree of skill, care, and learning ordinarily possessed and exercised by physical therapists in similar circumstances;

      c.      By directing Plaintiff to utilize a known defective and dangerous machine;

      d.      By failing to properly supervise Plaintiff while performing his therapy exercises;

16.    That, the acts of omissions of negligence as set forth herein, or any one or any combination hereof, were then and there a direct and proximate cause of Plaintiff's injuries.

17.    As a result of Defendants' negligence, Plaintiff Brent Davis has sustained the following:

      a.      Past and future medical expenses;

      b.      Past and future physical pain and mental anguish;

      c.      Past and future loss of function of full body;

      d.      Past lost wages; and

      e      Future loss of earning capacity.

18.    That the actions of the defendants in knowingly directing Plaintiff to utilize a known dangerous and defective machine was in willful and wanton disregard for the safety of Plaintiff, and therefore entitling Plaintiff to exemplary or punitive damages.

WHEREFORE, Plaintiff prays for judgment against Defendants Concentra Health Services, Inc., Occupational Health Centers of The Southwest, P.A., Inc., d/b/a Concentra, Concentra Medical Centers, Concentra Medical Centers, P.C., and Kathryn A. Sievers, PTA.

## COUNT II – NEGLIGENCE/RESPONDEAT SUPERIOR

19.    Plaintiff repleads paragraphs 1 through 18 as though fully set forth herein.

20.    That Defendants were negligent through its employees, in the following particulars:

E-FILED 2015 FEB 10 9:51 PM SCOTT - CLERK OF DISTRICT COURT

  a. Failing to exercise a degree of skill, care, and learning ordinarily possessed and exercised by physical therapists in similar circumstances;

  b. Failing to exercise a degree of skill, care, and learning ordinarily possessed and exercised by physical therapists in similar circumstances;

  c. By directing Plaintiff to utilize a known defective and dangerous machine;

  d. By failing to properly supervise Plaintiff while performing his therapy exercises;

21. Pursuant to the doctrine of respondeat superior, Defendants, through its employees, is responsible for any and all actions of negligence regarding the treatment of Plaintiff Brent Davis committed by its employees.

22. That as a result of the negligence of Defendants, Brent Davis re-injured his left shoulder, resulting in an additional surgery.

23. As a result of Defendants' negligence, Plaintiff Brent Davis has sustained the following:

  a. Past and future medical expenses;

  b. Past and future physical pain and mental anguish;

  c. Past and future loss of function of full body;

  d. Past lost wages; and

  e. Future loss of earning capacity.

WHEREFORE, Plaintiff prays for judgment against Defendants Concentra Health Services, Inc., Occupational Health Centers of The Southwest, P.A., Inc., d/b/a Concentra, Concentra Medical Centers, Concentra Medical Centers, P.C., and Kathryn A. Sievers, PTA, in a fair and reasonable amount, plus the costs of this action.

POLK COUNTY, IA SHERIFF'S OFFICE 2015 MAY -7 AM 9:17 RECEIVED

E-FILED 2015 FEB 10 9:51 PM SCOTT - CLERK OF DISTRICT COURT

By: _____
William J. Bribriesco AT0001089
Anthony J. Bribriesco
WILLIAM J. BRIBRIESCO & ASSOCIATES
2407 18th Street, Suite 200
Bettendorf, Iowa 527
Phone: 563/359-8266
Fax: 563/359-5010
Email: bill@bribriescolawfirm.com

*Attorneys for Plaintiff*

## JURY DEMAND

COMES NOW Plaintiff, Brent Davis, by and through his attorneys, Anthony J. Bribriesco and William J. Bribriesco, and hereby demands a trial by jury.

By: _____
William J. Bribriesco AT0001089
Anthony J. Bribriesco
WILLIAM J. BRIBRIESCO & ASSOCIATES
2407 18th Street, Suite 200
Bettendorf, Iowa 527
Phone: 563/359-8266
Fax: 563/359-5010
Email: bill@bribriescolawfirm.com

*Attorneys for Plaintiff*

RECEIVED 2015 MAY -7 AM 9:17 POLK COUNTY, IA SHERIFF'S OFFICE

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| BRENT DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A., INC., d/b/a CONCENTRA, CONCENTRA MEDICAL CENTERS, CONCENTRA MEDICAL CENTERS, P.C., and KATHRYN A. SIEVERS, PTA,<br><br>    Defendants. | Case No. LACE 126053<br><br><br>ANSWER |

    **NOW COME** Concentra Health Services, Inc., and Occupational Health Centers of The Southwest, P.A., and respond to the numbered paragraphs of Plaintiff's Petition at Law in this matter as follows:

    1.    The allegation of paragraph 1 of Plaintiff's Petition at Law in this matter is denied for lack of information.

    2.    With regard to the allegations of paragraphs 2, 3, 4, and 8 of Plaintiff's Petition at Law in this matter, it is admitted that Concentra Health Services, Inc., which is a Nevada corporation, operated a physical therapy center at 3540 East 42nd Street, Davenport, Iowa, and it is admitted that Occupational Health Centers of The Southwest, P.A., which is a Texas professional association, provided some services at that center. The other allegations of these paragraphs are denied. Defendants are not aware that any entities exist called "Occupational Health Centers of The Southwest, P.A., Inc.", or "Concentra Medical Centers, P.C.", or "Concentra Medical Centers", although the third of these is a d/b/a sometimes used by Concentra Health Services, Inc.

3. The allegation of paragraph 5 of Plaintiff's Petition at Law in this matter is admitted.

4. The allegations of paragraphs 6 and 7 of Plaintiff's Petition at Law in this matter are denied for lack of information.

5. With regard to the allegations of paragraphs 9, 10, 11, 12, 13, and 14 of Plaintiff's Petition at Law in this matter, it is admitted that Kathryn A. Sievers, PTA was providing some physical therapy services to Plaintiff in January and February, 2013, and that these included the use of a rowing machine. The remaining allegations of these paragraphs are denied for lack of information.

6. The allegations of paragraphs 15, 16, 17, and 18 of Plaintiff's Petition at Law in this matter are denied.

7. The allegation of paragraph 19 of Plaintiff's Petition at Law in this matter is responded to by re-pleading the responses set out above to paragraphs 1 – 18 of said Petition.

8. The allegations of paragraphs 20, 21, 22, and 23 of Plaintiff's Petition at Law in this matter are denied.

9. Any recovery to which Plaintiff might otherwise be entitled in this matter should be discounted and/or barred to the extent of any comparative fault, failure to use reasonable care to avoid injury, and/or failure to mitigate damages.

10. The sole proximate cause and/or intervening superseding cause of Plaintiff's alleged damages in this case are actions, omissions, events, or circumstances not the fault of these Defendants.

11. Some or all of Plaintiff's claims and damages are barred by the applicable statute of limitations.

12. Plaintiff's claimed damages in this case are subject to, and should be discounted in accordance with, Iowa Code § 147.136, and are also subject to Iowa Code Chapter 668.

**WHEREFORE,** Concentra Health Services, Inc., and Occupational Health Centers of The Southwest, P.A., respectfully request that Plaintiff's claims in this matter be dismissed at Plaintiff's cost.

/s/*Hayward L. Draper*
Hayward L. Draper, AT0002075
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: 515-283-3152
Facsimile: 515-283-8045
Email: hld@nyemaster.com
ATTORNEYS FOR DEFENDANTS
CONCENTRA HEALTH SERVICES, INC., and
OCCUPATIONAL HEALTH CENTERS
OF THE SOUTHWEST, P.A.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the EDMS which will send notification of such filing to the following

William J. Bribriesco, AT0001089
Anthony J. Bribriesco
WILLIAM J. BRIBRIESCO & ASSOCIATES
2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Telephone: 563-359-8266
Facsimile: 563-359-5010
Email: bill@bribriescolawfirm.com
ATTORNEYS FOR PLAINTIFF

                                                    */s/Hayward L. Draper*
                                                    Hayward L. Draper, AT0002075
                                                    NYEMASTER GOODE, P.C.
                                                    ATTORNEYS FOR DEFENDANTS
                                                    CONCENTRA HEALTH SERVICES, INC.,
                                                    and OCCUPATIONAL HEALTH CENTERS
                                                    OF THE SOUTHWEST, P.A.

E-FILED 2015 DEC 02 2:29 PM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| BRENT DAVIS, ) | |
| ) | LAW NO. LACE 126053 |
| Plaintiff, ) | |
| ) | |
| CONCENTRA HEALTH SERVICES, INC., ) | |
| OCCUPATIONAL HEALTH CENTERS OF ) | |
| THE SOUTHWEST, P.A., INC., d/b/a ) | **DISMISSAL OF DEFENDANT** |
| CONCENTRA, CONCENTRA MEDICAL ) | **KATHRYN A. SIEVERS, PTA, ONLY** |
| CENTERS, CONCENTRA MEDICAL ) | |
| CENTERS, P.C., and KATHRYN A. ) | |
| SIEVERS, PTA, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Brent Davis, by his attorneys, William J. Bribriesco and Anthony J. Bribriesco of Bribriesco Law Firm, P.L.L.C., hereby dismisses Defendant Kathryn A. Sievers, PTA, only, from the above-captioned case.

By: /s/ William J. Bribriesco
William J. Bribriesco AT0001089
Anthony J. Bribriesco
BRIBRIESCO LAW FIRM, PLLC
2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Phone: 563/359-8266
Fax: 563/359-5010
Email: bill@bribriescolawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**

The undersigned certifies that pursuant to I. R. 4.1(a) and I. R. 5.3(i)(1) the following are all members of the ECF system and therefore service is made electronically on this 2nd day of December, 2015.

Hayward Draper
NYMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309

/s/ William J. Bribriesco