IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BRENT DAVIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., and OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST P.A.,<br><br>　　　Defendants. | Case No. 3:15-cv-00142-RP-CFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME all parties in this matter, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that this action is dismissed. The parties further stipulate that this dismissal be with prejudice and with each party assuming its own court costs.

William J. Bribriesco, AT0001089
Anthony J. Bribriesco, AT0010242
BRIBRIESCO LAW FIM, P.L.L.C.
2407 18th Street, Suite 200
Bettendorf, Iowa 52722
Telephone:  563-359-8266
Facsimile:  563-359-5010
Email: bill@bribriescolawfirm.com
ATTORNEYS FOR PLAINTIFF

Hayward L. Draper, AT0002075
Leslie Behaunek, AT0011563
NYEMASTER GOODE P.C.
700 Walnut, Suite 1600
Des Moines, Iowa  50309-3899
Telephone:　(515) 283-3149
Facsimile:　(515) 283-3108
Email: hdraper@nyemaster.com
　　　　lcbehaunek@nyemaster.com
ATTORNEYS FOR DEFENDANTS